**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 121460
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Bernhard Lang,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>The Everygirl Media Group, LLC,<br><br>　　　　　　Defendant. | Case No: 1:21-cv-00985 |



**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: March 30, 2021

　　　　　　　　　　　　　　　　　　**BARSHAY SANDERS, PLLC**

　　　　　　　　　　　　　　　　　　By: ___/s *Craig B. Sanders*___
　　　　　　　　　　　　　　　　　　Craig B. Sanders
　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　Email: csanders@barshaysanders.com
　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　Fax: (516) 282-7878
　　　　　　　　　　　　　　　　　　Our File No: 121460
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*